■ JOHN L. A. BOND, Respondent, v. FRANK SHEEHAN, Defendant, and ALLSTATE INSURANCE COMPANY, Appellant.— In an action to recover damages for an alleged slander, defendant Allstate Insurance Company appeals from an

order of the Supreme Court, Nassau County, dated August 2, 1962, which denied its motion for summary judgment dismissing the complaint (Rules Civ. Prac., rule 113). Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.